

The following constitutes the order of the court.
Signed January 24, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re

Jacquelyn Renee Carter,

        Debtor.

No. 16-43525

Chapter 13

## MEMORANDUM REGARDING ORDER OF DISMISSAL

The above-captioned case was dismissed on January 17, 2017 (doc. 13). The Court notes a pending motion from the Trustee for a twelve-month filing bar (doc. 10) has yet to be heard. In addition to dismissing the case, the Court retains jurisdiction to hear that motion.

**\*END OF ORDER\***

**COURT SERVICE LIST**

**Jacquelyn Renee Carter**
6682 Yellowstone Circle
Discovery Bay, CA 94505